IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LASHAN C. WHITE, | } |
| Plaintiff, | } |
| | } CIVIL ACTION NO. |
| v. | } |
| | } 2:14-cv-1293-WMA |
| EXPERIAN INFORMATION SOLUTIONS, INC., | } |
| Defendant. | } |

### ORDER

The court having been advised that the above-entitled action has been successfully mediated, said action is hereby DISMISSED WITH PREJUDICE, except that **within fourteen (14) days** the case can be reinstated for the limited purpose of submitting a stipulated substitute form of final judgment.

The parties shall bear their own respective costs.

DONE this 22nd day of September, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE